UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHANA WILLIAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN,<br><br>　　　　Defendant. | Case No.  13-cv-00508-JST<br><br>**ORDER VACATING DISMISSAL AND**<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA** |

**NOTICE TO ALL PARTIES OF ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA:**

This Court previously dismissed this action for want of subject matter jurisdiction on October 15, 2013, ECF No. 36, because Plaintiff Rupert Williams stated at a case management conference held October 11, 2013, that he is a resident of California. Mr. Williams has since filed a notice declaring that he is actually a permanent resident of New Jersey, that his service address is in Florida, and that he resided in Richmond, California temporarily. ECF No. 37 (October 16, 2013). The Court's prior order dismissing the case, ECF No. 36 is therefore VACATED.

However, because the only remaining Defendant in this action is the Kern County Fire Department, which is located in the jurisdiction of the Eastern District Court of California, and because no party is located in this district, the Court hereby ORDERS the parties to show cause why this action should not be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1404 for the convenience of parties and witnesses and in the interest of justice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Plaintiffs may respond to this Order in writing by no later than October 31, 2013.
2  Defendant Kern County may respond by November 14, 2013.  Plaintiffs may reply by November
3  21, 2013.  The Court will then take the matter under submission absent further order of the Court.
4  **IT IS SO ORDERED.**
5  Dated:  October 17, 2013

_____
JON S. TIGAR
United States District Judge