# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHANA WILLIAMS, et al., | ) Case No.: 1:13-cv-01983 AWI JLT |
| Plaintiffs, | ) |
| | ) ORDER DENYING PLAINTIFF'S MOTION TO |
| v. | ) FILE ELECTRONICALLY |
| | ) (Doc. 48) |
| COUNTY OF KERN/KERN COUNTY FIRE DEPARTMENT, | ) |
| | ) ORDER GRANTING IN PART PLAINTIFFS' |
| | ) REQUEST TO APPEAR TELEPHONICALLY AT |
| | ) THE SCHEDULING CONFERENCE BUT ONLY |
| Defendant. | ) VIA COURTCALL |
| | ) (Doc. 49) |

Before the Court is the request of Plaintiff, Lachana Williams, to file documents electronically and the request of both Plaintiffs to appear at the scheduling conference telephonically. (Docs. 48, 49)

In support of the request to file documents electronically, Lachana Williams[1] attests that she has a computer with internet access, an e-mail account, a scanner, a printer, a word processing program and a pdf reader that will convert documents into pdf format. (Doc. 48) She offers no explanation that she has any training in docketing or that she is familiar with the Court's CM/ECF system and she fails to provide any good cause to allow her to file documents electronically. <u>Id</u>. Thus, the request is **DENIED**.

In support for the request for Plaintiffs to appear via telephone at the scheduling conference,

---

[1] The document indicates the request is being made by both plaintiffs but Rupert Williams did not sign the request and Ms. Williams is not permitted to act on his behalf; Mr. Williams must represent himself.

1

Plaintiffs explain they live in Tallahassee, Florida and Lumberton, New Jersey and travel to court is unduly burdensome. (Doc. 49 at 3)  They indicate that on the date and time of the upcoming hearing, they will await a call at their respective homes "until contacted by the Court." Id.  Plaintiffs are advised the Court does not act as a telephone conferencing service and will not take on the responsibility of ensuring parties appear at their hearings and will not accept the costs associated with the long-distance calls.  Thus, the request for the Court to telephone Plaintiffs to facilitate their appearances is **DENIED**.  However, the Court will **GRANT IN PART** the request and authorize Plaintiffs to appear via CourtCall if CourtCall will allow.[2]

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. Lachana Williams' request to file documents electronically is **DENIED**;

2. Plaintiffs' request to appear telephonically at the scheduling conference is **DENIED IN PART** and **GRANTED IN PART**.  Plaintiffs may appear at their own expense via CourtCall if CourtCall will allow.

IT IS SO ORDERED.

Dated:   **March 13, 2014**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

---

[2] The Court is not certain whether CourtCall contracts their service with non-attorneys and Plaintiffs have failed to provide the Court this information.