THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA, COUNTY OF KERN
By Judith M. Denny, Deputy (Bar # 200001)
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661-868-3800
Fax:  661-868-3805

Attorneys for County of Kern

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHANA M. WILLIAMS and RUPERT WILLIAMS | Case Number: 1:13-CV-01983-AWI-JLT |
| Plaintiffs, | STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al. | |
| Defendants. | |

**COME NOW** the Parties to this matter, Plaintiffs LACHANA M. WILLIAMS and RUPERT WILLIAMS, plaintiffs in pro per (hereinafter "Plaintiffs"), and Defendant COUNTY OF KERN (hereinafter "Defendant") through their counsel of record Theresa A. Goldner, County Counsel, by Judith M. Denny, Deputy (collectively referred to herein as "Parties") and stipulate as follows:

**IT IS HEREBY STIPULATED**, by and between the Parties to this action, that the above-captioned action be dismissed without prejudice in its entirety as to any complaint, allegation and/or cause of action against Defendant County of Kern, and that each party hereby agrees to bear all of its/their own costs and with respect to this litigation.

**IT IS FURTHER STIPULATED** that this stipulation may be signed in counter-parts and a copy of any signature shall be accepted as the original.

Dated: March 25, 2015    / s / Lachana Williams
                         Lachana Williams, Plaintiff In Pro Per


Dated: March 25, 2015    / s / Rupert Williams
                         Rupert Williams, Plaintiff In Pro Per


Dated: May 29, 2015      **THERESA A. GOLDNER, COUNTY COUNSEL**


                         By   / s /   Judith M. Denny
                              Judith M. Denny, Deputy
                              Attorneys for Defendant


## ORDER

IT IS SO ORDERED.

Dated:   June 1, 2015                   _____
                                        SENIOR DISTRICT JUDGE